# United States District Court

WESTERN DISTRICT OF WASHINGTON

TERESA R. NEWELL,

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

JUDGMENT IN A CIVIL CASE

Case No. C09-5750BHS

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)  The Court adopts the Report and Recommendation; and

(2)  This action is remanded for further administrative proceedings.

    January 11, 2011                              WILLIAM M. McCOOL
            Date                                                Clerk

                                                          *s/ Mary Trent*
                                                          Deputy Clerk